**THE HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L. RUTH FITZGERALD AND THOMAS FITZGERALD, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK, N.A.; LSI TITLE AGENCY, INC.; ASSET FORECLOSURE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK, NA, TRUSTEE FOR LEHMAN MORTGAGE TRUST 2008-2 and DOES 1-20, Inclusive, <br><br> Defendants. | No. 2:12-cv-00305-RSL <br><br> STIPULATION AND ORDER STRIKING TRIAL DATE AND RELATED DATES AND STAYING LITIGATION |

## STIPULATION

The remaining parties have reached a tentative settlement of this dispute. The terms of the settlement must be approved by the Federal Housing Authority and by the United States Department of Housing and Urban Development. This will take some time to complete.

Accordingly, the remaining parties stipulate that the dates established in the Court's May 1, 2012, Minute Order Setting Trial and Related Dates that have not yet passed shall be stricken, that

STIPULATION AND ORDER STRIKING TRIAL DATE AND
RELATED DATES AND STAYING LITIGATION   - 1

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255  Fax 206-230-7791

1  the matter shall be taken off the trial calendar, that the pending motions shall be taken off the
2  Court's calendar, and that the litigation be stayed for a period of six months or until further
3  agreement of the parties or order from this Court to permit the parties and the Federal agencies to
4
5  work through the terms of the potential settlement.
6      SO STIPULATED THIS 3rd day of December, 2012.
7  LAW OFFICES OF JOSEPH W. CREED
8      */s/ Joseph W. Creed*
   By: _____
9  Joseph W. Creed (WSBA#42451)
   Attorney for Plaintiffs
10
11
   LYBECK MURPHY, LLP
12
       */s/ Andrew H. Salter*
13 By:_____
   Andrew H. Salter (WSBA#11954)
14 Lybeck Murphy, LLP
   Attorneys for Defendants U.S. Bank, N.A. and MERS
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER STRIKING TRIAL DATE AND
RELATED DATES AND STAYING LITIGATION   - 2

1 | ORDER

2  Based upon the foregoing Stipulation, and the Court being fully advised in the premises,

3  NOW, THEREFORE,

4  IT IS HEREBY ORDERED, ADJUDGED and DECREED that

5  All dates in the May 1, 2012, Minute Order that are not yet passed shall be stricken, the trial date shall be stricken, the pending motions shall be taken off the Court's calendar and the case shall be stayed for a period of six months or until further agreement of the parties or order from this Court.

 DONE IN OPEN COURT this 20th day December, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

LYBECK MURPHY, LLP

  */s/ Andrew H. Salter*
By: _____
Andrew H. Salter (WSBA#11954)
Lybeck Murphy, LLP
Attorneys for Plaintiff U.S. Bank N.A.
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA  98040
(206) 230-230-4255 /phone
(206) 230-7791 /fax

STIPULATION AND ORDER STRIKING TRIAL DATE AND
RELATED DATES AND STAYING LITIGATION  - 3

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA  98040-6004
206-230-4255  Fax 206-230-7791