UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L. RUTH FITZGERALD AND THOMAS FITZGERALD,<br><br>               Plaintiffs,<br><br>vs.<br><br>U.S. BANK, N.A., et al.,<br><br>               Defendants. | NO.  C12-305RSL<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

This Court having stayed the above-entitled action pending the approval of settlement by the Federal Housing Authority and by the United States Department of Housing and Urban Development,

It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court.  The parties shall within 14 days of the notification from the Federal Housing Authority and by the United States Department of Housing and Urban Development, file a joint status report with the Court.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 20th day of December, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD