THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| L. RUTH FITZGERALD AND THOMAS FITZGERALD,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A.; LSI TITLE AGENCY, INC.; ASSET FORECLOSURE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK, NA, TRUSTEE FOR LEHMAN MORTGAGE TRUST 2008-2 and DOES 1-20, Inclusive,<br><br>Defendants. | No. 2:12-cv-00305-RSL<br><br>STIPULATION AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

All Parties, by and through their counsel of record, hereby stipulate and agree that Andrew H. Salter and Lisa Franklin of Lybeck Murphy LLP, whose address is stated below, may withdraw as attorneys of record for Defendants U.S. Bank N.A. and Mortgage Electronic Registration Systems, Inc. ("MERS"). and that Andrew H. Salter and Lisa Franklin of Veris Law Group PLLC, located at 1809 Seventh Avenue, Suite 1400, Seattle, WA 98101, telephone (206) 829-9590, may be substituted as attorneys of record for Defendants U.S. Bank N.A. and MERS.

Copies of all further papers and proceedings herein, except original process, shall be served upon the substituted attorneys of record along with all others above named.

1 | This withdrawal and substitution of attorneys will be effective upon order by the Court.

2 | Dated this 6th day of September, 2013

WITHDRAWING ATTORNEYS:    LYBECK MURPHY LLP

By: /s/ *Andrew H. Salter*
　　Andrew H. Salter (WSBA #11954)
　　Lisa Franklin (WSBA#43724)
　　Lybeck❖Murphy, LLP
　　*Attorneys for Defendants U.S. Bank, N.A. and MERS*
　　Fifth Floor – Chase Bank Building
　　7900 SE 28th Street
　　Mercer Island, WA  98040
　　(206) 230-230-4255 /phone
　　(206) 230-7791 /fax

SUBSTITUTING ATTORNEYS:    VERIS LAW GROUP PLLC

By: /s/ *Andrew H. Salter*
　　Andrew H. Salter (WSBA #11954)
　　Lisa Franklin (WSBA#43724)
　　*Attorneys for Defendants U.S. Bank, N.A. and MERS*
　　Veris Law Group PLLC
　　1809 Seventh Avenue, Suite 1400
　　Seattle, WA  98101
　　(206) 829-9590/phone

(206) 829-9245/Fax


LAW OFFICES OF JOSEPH W. CREED

/s/ *Joseph W. Creed*
Joseph W. Creed, WSBA No. 42451
*Attorneys for Plaintiffs L. Ruth and Thomas Fitzgerald*

---

STIPULATION AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL       2

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
tel 206.829.9590 fax 206.829.9245

1    IT IS HEREBY ORDERED THAT Andrew H. Salter and Lisa Franklin of Lybeck Murphy LLP, are hereby withdrawn as attorneys of record for U.S. Bank N.A. and MERS, the above-named Defendants, and Andrew H. Salter and Lisa Franklin of Veris Law Group PLLC, located at 1809 Seventh Avenue, Suite 1400, Seattle, WA 98101, telephone (206) 829-9590, are hereby substituted as attorneys of record for U.S. Bank N.A. and MERS.

DONE IN OPEN COURT this 10th day of September, 2013

*[signature]*
Honorable Robert S. Lasnik
United States District Judge

PRESENTED BY:

VERIS LAW GROUP PLLC

By: */s/ Andrew H. Salter*
Andrew H. Salter (WSBA #11954)
Lisa Franklin (WSBA#43724)
*Attorneys for Defendants U.S. Bank, N.A. and MERS*
Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle, WA 98101
(206) 829-9590/phone
(206) 829-9245/Fax

---

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL — 3

Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
tel 206.829.9590  fax 206.829.9245