THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| L. RUTH FITZGERALD AND THOMAS FITZGERALD,<br><br>          Plaintiffs,<br><br>      v.<br><br>U.S. BANK, N.A.; LSI TITLE AGENCY, INC.; ASSET FORECLOSURE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK, NA, TRUSTEE FOR LEHMAN MORTGAGE TRUST 2008-2 and DOES 1-20, Inclusive,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:12-cv-00305-RSL<br><br>STIPULATION AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

9
10
11
12
13
14
15
16
17

     All Parties, by and through their counsel of record, hereby stipulate and agree that Andrew H. Salter and Lisa Franklin of Lybeck Murphy LLP, whose address is stated below, may  withdraw as attorneys of record for Defendants U.S. Bank N.A. and Mortgage Electronic Registration Systems, Inc. ("MERS"). and that Andrew H. Salter and Lisa Franklin of Veris Law Group PLLC, located at 1809 Seventh Avenue, Suite 1400, Seattle, WA  98101, telephone (206) 829-9590, may be  substituted as attorneys of record for Defendants U.S. Bank N.A. and MERS.

     Copies of all further papers and proceedings herein, except original process, shall be served upon the substituted attorneys of record along with all others above named.

STIPULATION AND ORDER
PERMITTING WITHDRAWAL  AND
SUBSTITUTION OF COUNSEL

1

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
tel 206.829.9590 fax 206.829.9245

1    This withdrawal and substitution of attorneys will be effective upon order by the Court.

2   Dated this 6th day of September, 2013

3        WITHDRAWING ATTORNEYS:              LYBECK MURPHY LLP

4
                                            By:  /s/ Andrew H. Salter_____
5                                               Andrew H. Salter (WSBA #11954)
                                                Lisa Franklin (WSBA#43724)
6                                               Lybeck❖Murphy, LLP
                                                *Attorneys for Defendants U.S. Bank,*
7                                               *N.A. and MERS*
                                                Fifth Floor – Chase Bank Building
8                                               7900 SE 28th Street
                                                Mercer Island, WA  98040
9                                               (206) 230-230-4255 /phone
                                                (206) 230-7791 /fax
10

11

12       SUBSTITUTING ATTORNEYS:              VERIS LAW GROUP PLLC

13                                            By:  /s/ Andrew H. Salter_____
                                                Andrew H. Salter (WSBA #11954)
14                                              Lisa Franklin (WSBA#43724)
                                                *Attorneys for Defendants U.S. Bank,*
15                                              *N.A. and MERS*
                                                Veris Law Group PLLC
16                                              1809 Seventh Avenue, Suite 1400
                                                Seattle, WA  98101
17                                              (206) 829-9590/phone

18                                              (206) 829-9245/Fax

19

20                                            LAW OFFICES OF JOSEPH W. CREED

21                                            /s/ Joseph W. Creed
                                              Joseph W. Creed, WSBA No. 42451
22                                            *Attorneys for Plaintiffs L. Ruth and Thomas*
                                              *Fitzgerald*
23

24

25

STIPULATION AND ORDER                    2
PERMITTING WITHDRAWAL  AND
SUBSTITUTION OF COUNSEL

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
tel 206.829.9590 fax 206.829.9245

1    IT IS HEREBY ORDERED THAT Andrew H. Salter and Lisa Franklin of Lybeck Murphy

2    LLP, are hereby withdrawn as attorneys of record for U.S. Bank N.A. and MERS, the above-named

3    Defendants, and Andrew H. Salter and Lisa Franklin of Veris Law Group PLLC, located at 1809

4    Seventh Avenue, Suite 1400, Seattle, WA  98101, telephone (206) 829-9590, are hereby substituted

5
as attorneys of record for U.S. Bank N.A. and MERS.

6

7

8    DONE IN OPEN COURT this 10th day of September, 2013

9

10   _____
     Honorable Robert S. Lasnik
11   United States District Judge

12

13   PRESENTED BY:

14   VERIS LAW GROUP PLLC

15

16       */s/ Andrew H. Salter*
     By: _____
17   Andrew H. Salter (WSBA #11954)
     Lisa Franklin (WSBA#43724)
18   *Attorneys for Defendants U.S. Bank,*
     *N.A. and MERS*
19   Veris Law Group PLLC
     1809 Seventh Avenue, Suite 1400
20   Seattle, WA  98101
     (206) 829-9590/phone
21   (206) 829-9245/Fax

22

23

24

25

STIPULATION AND [PROPOSED] ORDER
TO WITHDRAW AND SUBSTITUTE          3
COUNSEL

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
tel 206.829.9590 fax 206.829.9245